UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL RIGGS, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>SCOTT DAVIS, *et al.*,<br><br>   Defendants. | Case No. 3:24-CV-00443-ART-CLB<br><br>**ORDER STRIKING NOTICE OF RELATED CASES AND REQUEST FOR JUDICIAL NOTICE**<br><br>[ECF Nos. 5, 6] |

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On November 25, 2024, non-party Thomas Burdsal ("Burdsal"), filed two documents in this case: (1) Notice of Related Cases; and (2) Request/Motion for Judicial Notice, (ECF Nos. 5, 6).

These filings violate GO 2021-05, as the documents are improper notices filed with the Court. *See* GO 2021-05, § 3(d). In addition to this violation of GO 2021-05, these documents were improperly filed as Burdsal is not a party to this action and he may not file documents in cases he is not a party to.

Accordingly, **IT IS ORDERED** that the notice of related cases and request for judicial notice, (ECF Nos. 5, 6), are hereby **STRICKEN**.

**IT IS FURTHER ORDERED** that the Clerk shall return as unfiled any further documents filed by non-party Burdsal received in this case.

**DATED**: November 26, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**