UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL RIGGS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SCOTT DAVIS, *et al.*,<br><br>　　　　Defendants. | Case No. 3:24-CV-00443-ART-CLB<br><br>**ORDER STRIKING NOTICE OF RELATED CASES**<br><br>[ECF No. 8] |

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On December 6, 2024, non-party Brandon Green ("Green"), filed a Notice of Related Cases in this action (ECF No. 8).

This filing violates GO 2021-05, as the document is an improper notice filed with the Court. *See* GO 2021-05, § 3(d). In addition to this violation of GO 2021-05, this document was improperly filed as Green is not a party to this action and he may not file documents in cases he is not a party to.

Accordingly, **IT IS ORDERED** that the notice of related cases, (ECF No. 8), is hereby **STRICKEN**.

**IT IS FURTHER ORDERED** that the Clerk shall return as unfiled any further documents filed by non-party Green received in this case.

**DATED**: December 6, 2024

_____
UNITED STATES MAGISTRATE JUDGE