UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANIEL RIGGS,

                  Plaintiff,

v.

SCOTT DAVIS, et al.,

                  Defendants.

Case No. 3:24-cv-00443-ART-CLB

ORDER

Daniel Riggs and Bryan Harmer filed a joint complaint when they were both confined at Lovelock Correctional Center. They each applied to proceed *in forma pauperis* ("IFP"). (ECF No. 1 (Riggs); ECF No. 22 (Harmer).) After initiating the case, Harmer was released on parole. On June 23, 2025, the Court entered an order severing Harmer from this case and directing the Clerk of Court to open a new case with Harmer as the only plaintiff. (ECF No. 26.) At that time, the Court also dismissed the joint complaint without prejudice, granted each of Riggs and Harmer leave to file an amended complaint reflecting this severance in their respective cases, and deferred a decision on the IFP applications. (*Id.*)

The Clerk of Court has now opened a new case with Harmer as the only plaintiff, and the docket in that case includes a copy of Harmer's still-pending IFP application. *See Harmer v. Davis, et al.*, 3:25-cv-00314-ART-CLB. In this case, however, Riggs is now the only plaintiff, so Harmer's IFP application (ECF No. 22) is denied without prejudice to being addressed in Harmer's new case.

It is therefore ordered that Harmer's IFP application (ECF No. 22) is denied without prejudice to being addressed in his new case (3:25-cv-00314-ART-CLB).

DATED: June 27, 2025.

                                                                 _____
                                                                 ANNE R. TRAUM
                                                                 UNITED STATES DISTRICT JUDGE