# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL RIGGS, *et al.*, | Case No. 3:24-CV-00443-ART-CLB |
| Plaintiffs, | **ORDER** |
| v. | [ECF Nos. 32, 33] |
| SCOTT DAVIS, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Daniel Riggs, ("Riggs") who is incarcerated in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint under 42 U.S.C. § 1983, (ECF No. 27), a motion for temporary restraining order, (ECF No. 32), and a motion for preliminary injunction, (ECF No. 33). Riggs seeks a Court order directing Lovelock Correctional Center officials to allow use of particular rooms of the chapel at particular times for various Catholic and Church of Jesus Christ of Latter-day Saints services, with a focus on securing a time to hold Catholic mass on the feast day of the Assumption of the Virgin Mary on Friday, August 15, 2025. (ECF Nos. 32/33 at 3–4, 41; *id.* at 2, 33, 39 (stating the focus on the feast day of the Assumption of the Virgin Mary on August 15th, which is a holy day of obligation for Catholics).)

The Court screened Riggs's civil rights complaint under 28 U.S.C. § 1915A and allowed him to proceed on several claims under the First Amendment Free Exercise Clause, First Amendment Establishment Clause, Fourteenth Amendment Equal Protection Clause, Religious Land Use and Institutionalized Persons Act, and conspiracy under 42 U.S.C. § 1985(3) against several Defendants. (*See* ECF No. 34.) The Court also noted that the two motions for TRO and PI would be addressed in a separate order. (*Id.* at 20, 23.)

Accordingly, **IT IS ORDERED** that the NDOC shall respond to the motions, (ECF Nos. 32, 33), by no later than **August 1, 2025**. Riggs will have 7 days after service of a

1 response to file his reply.

2 **IT IS FURTHER ORDERED** that the 90-day stay remains in place, and until the
3 Court lifts the stay, <u>no other pleadings or papers may be filed in this case</u>, and the parties
4 may not engage in any discovery, nor are the parties required to respond to any paper
5 filed in violation of the stay unless specifically ordered by the Court to do so.

6 **IT IS SO ORDERED.**

7 **DATED**: July 18, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**