**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DANIEL RIGGS,

                    Plaintiff,

    v.

SCOTT DAVIS, *et al.*,

                 Defendants.

Case No. 3:24-CV-00443-ART-CLB

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO EFFECTUATE SERVICE OF PROCESS**

[ECF No. 65]

Currently pending before the Court is Plaintiff Daniel Riggs' ("Riggs") motion to extend the deadline to serve Defendant Anthony Martinez. (ECF No. 65.) Riggs states he had trouble obtaining the necessary form to have the U.S. Marshals Service effectuate service of process on his behalf. (*Id.*) However, Riggs has since obtained the form and seeks an extension of 60 days so he can properly fill it out and submit his motion. (*Id.*) Good cause appearing, Rigg's motion to extend the deadline to effectuate service of process, (ECF No. 65), is **GRANTED**. Riggs shall have up to and including **Tuesday, May 5, 2026**, to serve Defendant Anthony Martinez.

    **IT IS SO ORDERED**.

    **DATED**: _March 4, 2026_____

_____
**UNITED STATES MAGISTRATE JUDGE**