**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DANIEL RIGGS,<br><br>                              Plaintiff,<br><br>v.<br><br>SCOTT DAVIS, *et al.*,<br><br>                              Defendants. | Case No. 3:24-CV-00443-ART-CLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS FOR SERVICE BY U.S. MARSHALS AND FOR EXTENSION OF TIME**<br><br>[ECF Nos. 75, 76] |

Before the Court are Plaintiff Daniel Riggs's ("Riggs") motions for service of process by the U.S. Marshals, (ECF No. 75), and to extend the deadline for service of process, (ECF No. 76). For the reasons stated below, both motions are granted.

The Court will first address Riggs's motion to extend the deadline for service of process, (ECF No. 76). The current deadline for completion of service of process upon Anthony Martinez was previously extended until May 5, 2026. (ECF No. 66.) Riggs now seeks an extension of the deadline for 90 days because he previously did not understand that he needed a Court order directing service of process by the U.S. Marshal's Service. (ECF No. 76.) Good cause appearing, the Court grants Riggs's motion for extension of time for service of process for Anthony Martinez. Proof of service for Anthony Martinez is now due on or before August 3, 2026. Riggs is reminded that if Anthony Martinez is not served by August 3, 2026, he will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

The Court will now address Riggs's motion for service of process, (ECF No. 75). The Office of the Attorney General did not accept service of process on behalf of Defendant Anthony Martinez, who is no longer an employee of the Nevada Department of Corrections. (ECF No. 52.) However, the Attorney General has filed Anthony Martinez's last known address under seal. (ECF No. 53 (sealed).) Accordingly, Riggs's motion for service of process for Anthony Martinez, (ECF No. 75), is granted.

**IT IS THEREFORE ORDERED** that Riggs's motion for extension of time to serve Anthony Martinez, (ECF No. 76), is **GRANTED**. Proof of service for Anthony Martinez is now due on or before **August 3, 2026**.

**IT IS FURTHER ORDERED** that Riggs's motion for service of process by the U.S. Marshals, (ECF No. 75), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ISSUE** a summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 53.) The Clerk shall also **SEND** sufficient copies of the complaint, (ECF No. 31), the screening order, (ECF No. 34), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

**DATED**: May 4, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

2