# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

DANIEL RIGGS,

Plaintiff,

v.

SCOTT DAVIS, *et al.*,

Defendants.

Case No. 3:24-CV-00443-ART-CLB

**ORDER FOR ATTORNEY GENERAL'S OFFICE TO PROVIDE UPDATED ADDRESS FOR DEFENDANT ANTHONY MARTINEZ AND DENYING PLAINTIFF'S MOTIONS**

[ECF Nos. 80, 81]

The Attorney General's Office previously declined to accept service on behalf of Defendant Anthony Martinez ("Martinez") and filed his last known address under seal. (ECF Nos. 52, 53.) The U.S. Marshals attempted to serve Martinez at that address, but the current resident informed them Martinez no longer lived there. (ECF No. 79.) Plaintiff Daniel Riggs ("Riggs") now asks the Court to appointment him counsel for the limited purpose of locating and serving Martinez, (ECF No. 81), and stay the service deadline to effectuate service on Martinez in the interim, (ECF No. 80). The Court finds Riggs's inability to locate and serve Martinez does not constitute exceptional circumstances warranting the appointment of counsel. However, the Court will order the Attorney General's Office to determine if there are any additional addresses Martinez may be located at to allow additional attempts to serve him. Furthermore, the Court will not stay the service deadline, but it will grant Riggs a 60-day extension to give the U.S. Marshals another opportunity to serve Martinez.

**IT IS THEREFORE ORDERED** that the Attorney General's Office shall file a notice with the Court under seal on or before **Tuesday, August 4, 2026**, either with: (1) Martinez's updated address information; or, if no updated information is found, (2) an explanation of what steps were taken to try and find Martinez's updated address information.

///

**IT IS FURTHER ORDERED** that Riggs's motion for appointment of counsel, (ECF No. 81), is **DENIED**.

**IT IS FURTHER ORDERED** that Riggs's motion to stay the service deadline, (ECF No. 80), is **DENIED**. However, the Court will *sua sponte* grant Riggs a 60-day extension to serve Martinez. Riggs shall have up to and including **Friday, October 2, 2026**, to serve Defendant Anthony Martinez

**DATED**: July 21, 2026

**UNITED STATES MAGISTRATE JUDGE**