**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DANIEL RIGGS,

Plaintiff,

v.

SCOTT DAVIS, *et al.*,

Defendants.

Case No. 3:24-CV-00443-ART-CLB

**ORDER GRANTING PLAINTIFF'S MOTION REQUESTING SERVICE BY U.S. MARSHALS**

[ECF No. 86]

Currently pending before the Court is Plaintiff Daniel Riggs' ("Riggs") motion to have the U.S. Marshals serve Defendant Anthony Martinez ("Martinez"). (ECF No. 86.) The Court previously ordered the U.S. Marshals to serve Martinez, (ECF No. 77), but they were unsuccessful because Martinez no longer lived at the address provided by the Attorney General's Office, (ECF No. 79). The Court therefore ordered the Attorney General's Office to provide an updated address. (ECF No. 82.) The Attorney General's Office subsequently provided two alternate addresses for Martinez. (ECF No. 84.)

Good cause appearing, Riggs' motion to have the U.S. Marshals serve Martinez at the updated addresses is **GRANTED**. The Court **ORDERS** the U.S. Marshals Service to attempt service on **Defendant Anthony Martinez** at <u>both addresses</u> provided by the Attorney General's Office. (*See* ECF No. 84.) The Clerk shall **SEND** sufficient copies of the summons for Martinez, (ECF No. 78), the First Amended Complaint, (ECF No. 31), and the Court's screening order, (ECF No. 34), to the U.S. Marshals Service for service on Martinez. The Court will separately provide a completed USM 285 form to the U.S. Marshals Service.

**IT IS SO ORDERED.**

**DATED**: August 3, 2026

**UNITED STATES MAGISTRATE JUDGE**