**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DANIEL RIGGS,<br>Plaintiff,<br>v.<br>SCOTT DAVIS, *et al.*,<br>Defendants. | Case No. 3:24-CV-00443-ART-CLB<br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF PROCESS**<br>[ECF No. 91] |

Currently pending before the Court is Plaintiff Daniel Riggs's ("Riggs") motion for extension of time to serve Defendant Anthony Martinez. (ECF No. 91.) The Court previously granted extensions of the service deadline, including most recently extending the deadline until October 2, 2026. (ECF Nos. 66, 77, 82.) Riggs now seeks to extend the service deadline by 60 days, explaining that he has made multiple attempts to serve Martinez that have been returned as unexecuted. (ECF No. 91 (citing ECF Nos. 79, 90).)

Pursuant to Fed. R. Civ. P. 4(m), if the plaintiff shows good cause for the failure to serve a defendant within the specified time, the court must extend the time for service for an appropriate period. Here, the Court finds there is good cause to extend the time of service by thirty days and therefore grants Riggs's motion for extension of time to effectuate service of process, (ECF No. 91.) Riggs is reminded that if Defendant Anthony Martinez is not served by December 1, 2026, he will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

**DATED**: October 2, 2026.

______________________________
**UNITED STATES MAGISTRATE JUDGE**